AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**

February 20, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**MG CIENEGA**_____
DEPUTY

| United States of America | ) | |
| v. | ) | Case No. |
| Jose Abel  HERNANDEZ Mejia | ) | |
| | ) | **DR:24-M-411** |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____02/16/2024_____ in the county of _____Maverick_____ in the _____Western_____ District of _____Texas_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18  USC  554 | did unlawfully, knowingly and intentionally export or attempt to export any merchandise, to wit: seven (7) pistols and two (2) long arm firearms, and additional firearm parts from the United States contrary to any law or regulation of the United States. |

This criminal complaint is based on these facts:

See attachment "A"

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Heredia,   HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____02/20/2024_____

_____
*Judge's signature*

Joseph A. Cordova

City and state: _____Del Rio, Texas_____

United States Magistrate Judge
*Printed name and title*

ATTACHMENT "A"                    **DR:24-M-411**

On February 16, 2024, at approximately 11:37 P.M., Jose Abel HERNANDEZ Mejia (DOB: 09/24/1994), a Mexican national, and lawfully admitted permanent resident was encountered by Customs and Border Protection (CBP) Officers at the Eagle Pass, Texas Port of Entry (POE) #2, while driving a white in color Chevrolet Express van. HERNANDEZ was attempting to enter the Republic of Mexico when CBP conducted an outbound inspection of him and his vehicle. CBP obtained a primary negative declaration from HERNANDEZ and referred the vehicle for a secondary inspection where HERNANDEZ provided CBP officers with a second negative declaration for firearms, ammunition, and currency in excess of $10,000 U.S. dollars.

The outbound inspection by CBP which included a non-intrusive Xray scan revealed seven (7) pistols and two (2) long arm firearms concealed within the vehicle. Additional disassembled firearms, firearm parts, weapon accessories, and ammunition were also found in the vehicle. All aforementioned items discovered by CBP were concealed within the inner walls of the vehicle and inside an aftermarket compartment built onto the floorboard.

Homeland Security Investigations Special Agents responded and interviewed HERNANDEZ, who waived his *Miranda* rights and agreed to be interviewed. HERNANDEZ claimed ownership of the vehicle and freely admitting to attempting to export the firearms. HERNANDEZ stated that he had purchased all the firearms in the vehicle and stated that there were approximately 25 total firearms, some of which he had disassembled. HERNANDEZ stated that he intended to transport the firearms to Mexico for the purpose of selling them. HERNANDEZ admitted to knowing that it was against the law to illegally export firearms from the U.S. without a license and further stated that he did not have a license to export firearms from the U.S.